# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

CTucker@faillacelaw.com

June 30, 2020

**VIA ECF**　　　　　　　　　　　　　　　　　　　So ordered.  ECF No. 62 shall be
Honorable Alvin K. Hellerstein　　　　　　　　　disregarded.
United States District Court
Southern District of New York　　　　　　　　　Alvin K. Hellerstein /s/
500 Pearl Street, Room 1050　　　　　　　　　　July 1, 2020
New York, New York 10007

　　　　　Re:　Hernandez, et al. v. Stacca Rest. Corp., et al.;
　　　　　　　　Case #:16-cv-5045

Your Honor,

　　　We represent Plaintiffs in the above-named action.  We write to respectfully inform the Court that we mistakenly filed a notice and consent to magistrate in this action.  Dkt No. 62 (dated 6/19/20).  The consent form was intended for a different and unrelated matter.  We respectfully request that it be withdrawn or disregarded.

　　　We thank the Court for the time and attention devoted to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: _____*Clifford Tucker*_____
　　　　　　　　　　　　　　　　　　　　　　Clifford R. Tucker, Esq.