UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JORGE PAVON-HERNANDEZ and
ANGEL MORALES-TOXQUI, individually
and on behalf of others similarly situated,   Case 1:16-cv-05045

        Plaintiffs,   **JUDGMENT**

-against-

STACCA REST. CORP. (d/b/a EAST SIDE
CAFE), SPIRO MOUZAKITIS and CAROL
HATZISOTIRIOU,

        Defendants
----------------------------------------------------------X

On Dec. 23, 2020 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JORGE PAVON-HERNANDEZ, JAIME GREGORIO and ANGEL MORALES-TOXQUI, have judgment against Defendants STACCA REST. CORP. (d/b/a EAST SIDE CAFE), and SPIRO MOUZAKITIS , (collectively "Defendants"), jointly and severally, in the amount of $115,000, (One Hundred Fifteen Thousand Dollars) which is inclusive of interest, attorneys' fees and costs.
.

Dated: Jan. 21, 2021   SO ORDERED,

        /s/ Hon. Alvin K. Hellerstein