UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
                                                               :
                                                               :
JORGE PAVON-HERNANDEZ, et al.,                                 :     ORDER VACATING
                                                               :     JUDGMENT
                                    Plaintiffs,                :
                                                               :
          v.                                                   :     16 Civ. 5045 (AKH)
                                                               :
                                                               :
                                                               :
STACCA REST. CORP., et al.,                                    :
                                                               :
                                    Defendants.                :
                                                               :
                                                               :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Judgment entered in this case (ECF No. 74) is vacated pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. The Court overlooked that the settlement was in an FLSA case  The proposed judgment (ECF No. 72) will be considered, along with the Court's review of *Franco Perez, et al. v. Super Gourmet Food Corp., et al.*, 16 Civ. 4375 (AKH), in relation to the scope and effect of *Mei Xing Yu v. Hasaki Restaurant, Inc.*, 944 F.3d 395 (2d Cir. 2019).

        SO ORDERED.

Dated:    January 26, 2021                    _____/s/_____
            New York, New York               ALVIN K. HELLERSTEIN
                                                 United States District Judge