UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                         :
JORGE PAVOM-HERNANDEZ, *et al.*,    :
                                         :   **ORDER REGULATING**
                      Plaintiffs,    :   **PROCEEDINGS**
      -against-                             :
                                         :   16 Civ. 5045 (AKH)
STACCA REST. CORP., *et al.*,       :
                                         :
                        Defendants.  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to advise the Court by September 21, 2021 whether the above captioned case remains open.

       SO ORDERED.

Dated:      September 14, 2021          /s/ Alvin K. Hellerstein
              New York, New York           ALVIN K. HELLERSTEIN
                                        United States District Judge